UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| OZIE BONNER AND TERRY BONNER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:15-cv-50-HSM-SKL |
| | ) |
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Defendant. | ) |

# ORDER

Before the Court is a motion to withdraw and substitute filed by Attorney Kara Lee Youngblood[1] and Attorney Cindy H. Morgan ("Attorney Youngblood" and "Attorney Morgan") on behalf of Plaintffs Ozie and Terry Bonner ("Plaintiffs") [Doc. 17]. The motion requests that Attorney Morgan be allowed to withdraw due to "time constraints" imposed due to the Court's Order to Show Cause [Doc. 16]. Attorney Morgan states she wishes to withdraw from representation of Plaintiff at this time until she can be properly admitted to the Court and cites her preparation and "desire to present this matter before this court."

The motion to withdraw fails to fully comply with the requirements of E.D. Tenn. L.R. 83.4. To withdraw from a case the attorney must meet all requirements of Local Rule 83.4 and because Attorney Morgan's motion to withdraw does not fully comply with Local Rule 83.4(g), the Court lacks sufficient information to comfortably consider the motion.

Accordingly, the motion is **GRANTED IN PART AND DENIED IN PART**. The

---

[1] The Court's records indicate that Attorney Youngblood was admitted to practice in the U.S. District Court, Eastern District of Tennessee on October 15, 2015. The motion to withdraw and substitute was filed by Attorney Youngblood in the docket of this case through the Court's CM/ECF system. Though the motion is not properly "signed" by either Attorney Morgan or Attorney Youngblood, the Court will accept this filing as a notice of appearance by Attorney Youngblood on behalf of Plaintiffs and she shall be entered as counsel of record for Plaintiffs.

motion of Attorney Youngblood to be entered as counsel of record for Plaintiffs is **GRANTED**. The motion of Attorney Morgan to withdraw is **DENIED**. Attorney Morgan shall have until **December 11, 2015** to file either: (1) a proper notice to withdraw that complies with Local Rule 83.4(f) ("Where a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a notice of withdrawal."); or (2) a proper motion to be admitted pro hac vice that fully complies with the applicable local rules for admittance (including proper registration for the Court's electronic case filing pursuant to Rule 5 of the Court's Electronic Case Filing Rules and Procedures).

The Show Cause Hearing Scheduled to take place on November 13, 2015 at 9:30 a.m. [EASTERN] is **CANCELLED**.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE